ACCEPTED
06-15-00132-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/14/2015 2:56:03 PM
DEBBIE AUTREY
CLERK

**Appellate Docket Number: 10-15-00250-CR**
**Appellate Case Style: Ryan Andrew Peucker v. The State of Texas**

## DOCKETING STATEMENT (CRIMINAL)

**Sixth Court of Appeals**
**100 N. State Line Ave., Suite 20**
**Texarkana, Texas 75501-5952**
**(903)798-3046**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

8/14/2015 2:56:03 PM

DEBBIE AUTREY
Clerk

**[to be filed in the court of appeals upon perfection of appeal**
**under TRAP 32]**

| I. Parties (TRAP 32.2(a)): | |
|---|---|
| Appellant (or Appellee, if State is appealing):<br><br>Ryan Andrew Peucker<br><br>(*See* note at bottom of page) | Co-defendant(s): |
| Trial Attorney:<br><br>William Mason<br><br>**Appointed X**      Retained | Appellate Attorney:<br><br>Shelly D. Fowler<br><br>**Appointed X**          Retained<br><br>If appointed, was a hearing on indigency held?<br><br>Yes                         **No   X** |
| Address:<br><br>P.O. Box 767<br>Cleburne, Texas 76033 | Address:<br><br>8 East Chambers<br>Cleburne, Texas 76033 |
| Telephone Number:    817-556-3223<br>(include area code) | Telephone Number:    817-645-8808<br>(include area code) |
| Fax Number:         817-556-3226<br>(include area code) | Fax Number:    817-556-2332<br>(include area code) |
| Email: wgmlaw@gmail.com | Email: shellydfowler@sbcglobal.net |
| SBN: 13158975 | SBN: 15341500 |

If not represented by counsel, provide appellant's (appellee's, if State is appealing) address, telephone number, and fax number.

| II. | Perfection Of Appeal, Judgment And Sentencing (TRAP 25.2, 32.2(b), (d), (f), (g), (h), ( i), (j), (k)): |
|-----|---------------------------------------------------|

| | |
|---|---|
| Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:<br><br>July 8, 2015<br><br>(Attach a copy showing signature, if possible)<br><br>Date notice of appeal filed in trial court:<br><br>July 15, 2015<br><br>(Attach file-stamped copy; if mailed to the trial court clerk, also give the date of mailing) | Was a Certification of Defendant's Right of Appeal signed by the trial court?<br><br>**Yes X**       No ☐<br><br>(Attach a file-stamped copy of the certification)<br><br>Was the Certification of Defendant's Right of Appeal in the record at the time the notice of appeal was filed?<br><br>**Yes  X**       No ☐<br><br>Does the Certification of Defendant's Right of Appeal show a right to appeal?<br><br>**Yes  X**       No ☐ |
| Offense charged: Possession of Controlled Substance > 4g < 200g Enhanced.<br><br>Date of offense:<br><br>April 22, 2014<br><br>Defendant's plea:<br><br>Not Guilty<br><br>If guilty, does Defendant have the trial court's permission to appeal?<br><br>Was the trial jury or nonjury?<br><br>    Guilt or innocence phase:<br><br>      **Jury X**      Nonjury<br><br>    Punishment phase:<br><br>      **Jury X**      Nonjury | Punishment assessed: Seventy-Five years in TDCJ.<br><br>Is the appeal from a pretrial order?<br><br>    Yes       **No  X**<br><br>If yes, please specify.<br><br>Does the appeal involve the validity of a statute, rule or ordinance?<br><br>    Yes ☐       **No  X**<br><br>If yes, please specify.<br><br>Will you challenge this Court's jurisdiction?  If yes, explain.<br><br>No |

| III. | Actions Extending Time To Perfect Appeal (TRAP 32.2(e)): |
|------|---------------------------------------------------|

| Action | Filed<br>Check as appropriate | Date Filed |
|--------|------------------------------|------------|
| | | |

| | | | |
|---|---|---|---|
| Motion for New Trial | No ☐ | Yes **X** | July 16, 2015 |
| Motion in Arrest of Judgment | No **X** | Yes ☐ | |
| Other (specify): | No ☐ | Yes ☐ | |

**IV.    Indigency Of Party (TRAP 32.2(n)):**    (Attach file-stamped copy of motion and affidavit)

| Event | Filed<br>Check as appropriate | | Date | N/A |
|---|---|---|---|---|
| Motion and affidavit filed | No **X** | Yes ☐ | | |
| Date of hearing: | No ☐ | Yes ☐ | | |
| Date of order: | | | | |
| Ruling on motion:<br>Granted ☐        Denied ☐ | | | | |

**V.    Trial Court And Record (TRAP 32.2( c), (l), (m)):**

| Court:<br><br>18th District | County:<br><br>Johnson | | Trial Court Docket Number<br>(Cause No.):<br><br>F48640 |
|---|---|---|---|

| | |
|---|---|
| Trial Judge (who tried or disposed of case):<br>Judge Bob McGregor (Senior Judge)<br><br>Telephone Number:<br>(include area code)<br>254-582-4355<br><br>Address:<br>P.O. Box 366<br>Hillsboro, Texas 76645 | District/County Clerk:<br>David Lloyd<br><br>Telephone Number:<br>(include area code)<br>(817) 556-6105<br><br>Fax Number:<br>(include area code)<br>(817) 556-6120<br><br>Address:<br><br>Guinn Justice Center<br>204 South Buffalo St.<br>Cleburne, Texas 76033 |

| Clerk's Record<br><br>Yes **X** | Will request ☐<br><br>(Note: No request required under TRAP 34.5(a), (b))<br><br>Was requested on:<br>July 15, 2015 | | Clerk's fee has been paid or satisfactory arrangements have been made:        Yes **X**        No ☐<br><br>If no, explain: |
|---|---|---|---|

**All court reporters/recorders who recorded any portion of the record must be listed:**

| | |
|---|---|
| Court Reporter/ Recorder: Renee Hall | Court Reporter/ Recorder: |
| Telephone Number: | Telephone Number: |
| (include area code) | (include area code) |
| (817) 556-6822 | |
| | |
| Fax Number: | Fax Number: |
| (include area code) | |
| 817-556-6831 | |
| | (include area code) |
| Address: | Address: |
| Guinn Justice Center | |
| 204 South Buffalo St. | |
| Cleburne, Texas 76033 | |

(Attach additional sheet if necessary for additional court reporters/recorders)

| Length of trial (approximate):<br><br>4 days | Reporter's fee has been paid or satisfactory arrangements have been made: **Yes X**   No ☐<br><br>If no, explain: |
|---|---|
| Reporter's or Recorder's Record (check if electronic recording ☐) | None ☐ | Will request ☐ | Was requested on:<br>July 15, 2015 |

**VI.    Related Matters:**
List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

**VII.    Other Information:**
Please give any other information helpful to process this appeal (see attachments, if any).

**VIII.    Signature:**

_[signature]_                                                        Date: ___8/14/15___

Signature of counsel
(or pro se party)

                                                                    State Bar
Printed Name: _Shelly D. Fowler_                     No.: _15341500_

**IX.    Certificate of Service:**  The undersigned counsel certifies that this docketing statement has been served on Dale Hanna, Johnson County District Attorney, on ___8-14___, 20 _15_.

_[signature]_
Signature

(TRAP 9.5(e) requirements stated below; use additional sheets, if necessary)

**Note:    Certificate of Service Requirements (TRAP 9.5(e)):**  A certificate of service must be signed by the person who made the service and must state:

(1)    the date and manner of service;
(2)    the name and address of each person served; and
(3)    if the person served is a party's attorney, the name of the party represented by that attorney.

## NO. F48640

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **18TH JUDICIAL DISTRICT** |
| | § | |
| **RYAN ANDREW PEUCKER** | § | **JOHNSON COUNTY, TEXAS** |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes RYAN ANDREW PEUCKER, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Tenth Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against RYAN ANDREW PEUCKER.

Respectfully submitted,

Shelly D. Fowler, Attorney at Law
8 East Chambers
Cleburne, Texas 76033
Shellydfowler@sbcglobal.net
Tel: (817) 645-8808
Fax: (817) 556-2332

By: _____
Shelly D. Fowler
State Bar No. 15341500
Attorney for Ryan Andrew Peucker

## CERTIFICATE OF SERVICE

This is to certify that on July ___13___, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Johnson County, Guinn Justice Center, 204 S. Buffalo Street, Cleburne, Texas 76033.

_____
Shelly D. Fowler

CAUSE NO. _F48640_

| STATE OF TEXAS | § | DISTRICT COURT |
| VS | § | |
| | § | 18TH JUDICIAL DISTRICT |
| Ryan Peucker | § | |
| | § | JOHNSON COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT TO APPEAL *

I, John E. Neill – Judge of the 18th District Court, certify this criminal case:

**X** is not a plea-bargain case, and the defendant has the right of appeal.

_____ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal.

_____ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal.

_____ is a plea-bargain case, and the defendant has NO right of appeal.

_____ the defendant has waived the right of appeal.

FILED
9:40 A.M. _____ P.M.
JUL 9 2015
DAVID R. LLOYD
BY _Michell Mar_ DEPUTY TEXAS

_9 July, 2015_
**DATE**

_[signature]_
**John E. Neill – PRESIDING JUDGE**

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Texas Rule of Appellate Procedure (TRAP) – 68. I have been admonished that my attorney must mail a copy of the court's of criminal appeals judgment and opinion to my last known address and that I have only thirty (30) days in which to file a *pro se* petition for discretionary review in the court of criminal appeals (TRAP – 68.2). I acknowledge that, if I wish to appeal this criminal case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_[signature]_
**DEFENDANT'S SIGNATURE**
Mailing Address: _____
Telephone Number: _____
Fax Number: _____

_William D Mason_
**DEFENDANT'S ATTORNEY'S SIGNATURE**
State Bar of Texas ID Number: _____
Mailing Address: _____
Telephone Number: _____
Fax Number: _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea-bargain case – that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." Texas Rule of Appellate Procedure (TRAP) – 25.2 (A) (2)

Cause No. F48640 (COUNT ONE)**TRN 9198080350 A001**

| THE STATE OF TEXAS | § | IN THE 18TH JUDICIAL |
|---|---|---|

THE STATE OF TEXAS §  IN THE 18TH JUDICIAL
v.  §  DISTRICT COURT OF
RYAN ANDREW PEUCKER,  §  JOHNSON COUNTY, TEXAS
DEFENDANT
SID: **TX**

# JUDGMENT OF CONVICTION BY JURY;
# SENTENCE BY JURY TO Institutional Division, TDCJ

| | |
|---|---|
| DATE OF JUDGMENT: | **July 9, 2015** |
| JUDGE PRESIDING: | **F. B. (BOB) MCGREGOR, JR.** |
| ATTORNEY FOR THE STATE: | **BRENT HUFFMAN AND MARTIN STRAHAN** |
| ATTORNEY FOR THE DEFENDANT: | **WILLIAM MASON AND TESA MICHAEL** |
| OFFENSE: | **POSSESSION OF A CONTROLLED SUBSTANCE 4-200 GRAMS (ENHANCED)** |
| STATUTE FOR OFFENSE: | **Section 481.115(d), Health and Safety Code** |
| DEGREE OF OFFENSE: | **Second Degree Felony** |
| APPLICABLE PUNISHMENT RANGE (including enhancements, if any): | **Habitual Offender (25-99 yrs or life in prison)** |
| DATE OF OFFENSE: | **APRIL 22, 2014** |
| CHARGING INSTRUMENT: | **Indictment** |
| PLEA TO OFFENSE: | **Not Guilty** |
| PLEA TO ENHANCEMENT PARAGRAPH(S): | **Not True to All** |
| VERDICT FOR OFFENSE: | **Guilty** |
| FINDING ON ENHANCEMENT: | **True to All** |
| AFFIRMATIVE FINDING ON DEADLY WEAPON: | **Not Applicable** |
| OTHER AFFIRMATIVE SPECIAL FINDINGS: | **Not Applicable** |
| DATE SENTENCE IMPOSED: | **July 9, 2015** |
| PUNISHMENT AND PLACE OF CONFINEMENT: | **SEVENTY FIVE (75) YEARS in the Institutional Division-TDCJ, STATE ABANDONED COUNT TWO PRIOR TO THE BEGINNING OF VOIR DIRE** |
| TIME CREDITED TO SENTENCE: | **444 DAYS CREDIT** |
| COURT COSTS: | **$361.00 - SEE ATTACHED BILL OF COST** |
| TOTAL AMOUNT OF RESTITUTION: | **$.00** |
| NAME AND ADDRESS FOR RESTITUTION: | **NOT APPLICABLE** |

FILED
9:49 A.M. _____ P.M.
JUL 9 2015
DAVID R. LLOYD
DISTRICT CLERK - JOHNSON COUNTY, TEXAS
BY _Michelle Mason_ DEPUTY

The **Sex Offender Registration Requirements** under Chapter 62, CCP, **do not apply** to the Defendant. The age of the victim at the time of the offense was **not applicable**.

This sentence shall run **concurrently unless otherwise specified.**

On the date stated above, the above numbered and entitled cause was regularly reached and called for trial, and the State appeared by the attorney stated above, and the Defendant and the Defendant's attorney, as stated above, were also present. Thereupon both sides announced ready for trial, and the Defendant pleaded **guilty, being admonished of the consequences,** and a jury, to wit: **DOROTHY BUCHANAN,** and eleven others, was duly selected, impaneled and sworn. Having heard the evidence submitted and having been duly charged by the Court, the jury retired to consider their verdict. Afterward, being brought into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

**WE, THE JURY, find the defendant, RYAN ANDREW PEUCKER, guilty of the offense of Possession of a Controlled Substance of four grams or more but less than two-hundred grams as charged in the Indictment.**

Thereupon, the Defendant having previously elected to have the punishment assessed by the jury, pleaded to the enhancement paragraphs, if any, as stated above, and the jury was called back into the box and heard evidence related to the question of punishment. Thereafter, the jury retired to consider such question and, after having deliberated, the jury was brought back into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

**WE, THE JURY, having found the defendant, RYAN ANDREW PEUCKER, guilty of the offense of Possession of a Controlled Substance of four grams or more but less than 200 grams as alleged in the Indictment, find that Felony Enhancement Paragraph One and Felony Enhancement Paragraph Two are "True" as alleged in the Indictment and assess his punishment as confinement in the Texas Department of Criminal Justice - Institutional Division for a term of 75 years (LIFE or any term of not more than ninety-nine (99) years nor less than twenty-five (25) years).**

A presentence investigation report **was not required or done.**

And thereupon the Court asked the Defendant whether the Defendant had anything to say why said sentence should not be pronounced upon said Defendant, and the Defendant answered nothing in bar thereof. Whereupon the Court proceeded to pronounce sentence upon said Defendant as stated above.

It is therefore ORDERED, ADJUDGED and DECREED by the Court that the defendant is guilty of the offense stated above, the punishment is fixed as stated above, and the State of Texas do have and recover of said defendant all court costs in this prosecution expended, for which execution will issue.

It is ORDERED by the Court that the Defendant be taken by the authorized agent of the State of Texas or by the Sheriff of this county and be safely conveyed and delivered to the **Director, Institutional Division-TDCJ,** there to be confined in the manner and for the period aforesaid, and the said defendant is hereby remanded to the custody of the Sheriff of this county until such time as the Sheriff can obey the directions of this sentence.

The defendant is given credit as stated above on this sentence for the time spent in county jail. The Defendant also is ordered to pay restitution to the person(s) named above in the amount specified above.

**Furthermore, the following special findings or orders apply:**

NOT APPLICABLE

CAUSE NUMBER F48640

Approved as to form

Assistant District Attorney

Signed on the ___9th___ day of ___July___, 2015.

Presiding Judge

Right Thumbprint

Defendant

89